In the Matter of AFTON C., a Child Alleged to be Neglected. DUTCHESS COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; JAMES C. et al., Respondents. (And Four Other Proceedings.)

Submitted February 14, 2011; decided February 17, 2011

Motion by Lawyers for Children for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of AMERICAN AIRLINES, INC., Appellant, v NEW YORK CITY TAX APPEALS TRIBUNAL et al., Respondents.

Decided February 17, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of ANONYMOUS, an Attorney and Counselor-at-Law, Appellant. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Respondent.

Submitted January 31, 2011; decided February 17, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

LEON CASPER, Appellant, v CUSHMAN & WAKEFIELD, Respondent.

Submitted December 20, 2010; decided February 17, 2011

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.